IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
_____

UNITED STATES OF AMERICA

V.                                              CAUSE NUMBER 3:08CR99   M

<u>VIKAS YADAV                                                                   DEFENDANT</u>

## ORDER

This cause comes before the Court on the Government's motion seeking continuance of the trial currently scheduled December 15, 2008. Counsel for the Government states the United States Attorneys for the Northern District of Mississippi and the Middle District of Georgia are attempting to put together a plea agreement for the defendant that will finalize the prosecution of this case, including guilty pleas for the defendant from the Middle District of Georgia to be handled in the Northern District of Mississippi via Rule 20, Federal Rules of Criminal Procedure. A continuance of the trial is needed to finalize the negotiations. Counsel for the Defendant does not oppose this continuance. The Court finds that the ends of justice will be served by granting subject continuance and that such action outweighs the best interests of the public and the defendant in a speedy trial.

It is therefore ORDERED that the above and foregoing trial is hereby continued until Monday, February 9, 2009, and all pre-trial dates are extended accordingly.

It is further ORDERED that the delay from this date until such trial date set by the Court above shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(1)(G).

This the 1st day of December, 2008.

<u>/s/ MICHAEL P. MILLS</u>
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**